No. 86–495.   K MART CORP. *v.* CARTIER, INC., ET AL.;

No. 86–624.   47TH STREET PHOTO, INC. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and

No. 86–625.   UNITED STATES ET AL. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL. C. A. D. C. Cir.   [Certiorari granted, 479 U. S. 1005.]   Motion of Yamaha International Corp. et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied.

No. 87–283.   BUDINICH *v.* BECTON DICKINSON & CO.   C. A. 10th Cir.   [Certiorari granted, 484 U. S. 895.]   Motion of petitioner to direct the Clerk to file reply brief out of time denied.

No. 87–578.   BANK OF NOVA SCOTIA *v.* UNITED STATES; and

No. 87–602.   KILPATRICK ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   [Certiorari granted, 484 U. S. 1003.]   Motion of petitioners for divided argument denied.

No. 87–620.   KRUPKIN ET AL. *v.* DOW CHEMICAL CO. ET AL. C. A. 2d Cir.   Motion of respondents to expedite consideration of the petition for writ of certiorari denied.

No. 87–821.   PITTSTON COAL GROUP ET AL. *v.* SEBBEN ET AL.; and

No. 87–827.   MCLAUGHLIN, SECRETARY OF LABOR, ET AL. *v.* SEBBEN ET AL.   C. A. 8th Cir.   [Certiorari granted, 484 U. S. 1058.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–1152.   PUBLIC UTILITIES COMMISSION OF HAWAII ET AL. *v.* HAWAIIAN TELEPHONE CO.   C. A. 9th Cir.; and

No. 87–1302.   GUSHIKEN ET AL. *v.* FUJIKAWA.   C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–1277.   LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* NELSON.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 904.]   Motion for appointment of counsel granted, and it is ordered that John Wesley Hall, Jr., Esq., of Little Rock, Ark., be appointed to serve as counsel for respondent in this case.